# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAVARIUS SMITH,<br><br>    Petitioner,<br><br>    v.<br><br>B M TRATE,<br><br>    Respondent. | Case No. 1:22-cv-00119-AWI-EPG-HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, GRANTING RESPONDENT'S MOTION TO DISMISS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(ECF No. 8, 11) |

Petitioner Tavarius Smith is a federal prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 20, 2022,[1] the Magistrate Judge issued Findings and Recommendation that recommended dismissing the petition for failure to state a cognizable claim for relief. (ECF No. 11.) This Findings and Recommendation was served on the parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the Findings and Recommendation. To date, Petitioner has filed no objections, and the time for doing so has passed.

---

[1] The Findings and Recommendation was signed on October 19, 2022, but not docketed until October 20, 2022. (ECF No. 11.)

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued on October 20, 2022 (ECF No. 11) is ADOPTED IN FULL;
2. Respondent's motion to dismiss (ECF No. 8) is GRANTED;
3. The petition for writ of habeas corpus is DISMISSED; and
4. The Clerk of Court is DIRECTED to CLOSE the case.

IT IS SO ORDERED.

Dated:   March 28, 2023

SENIOR DISTRICT JUDGE

2